UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ELIJAH KIRKMAN BEY, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SECRETARY OF THE U.S. § <br> DEPARTMENT OF VETERANS § <br> AFFAIRS, an officer of the United § <br> States, § <br> § <br> *Defendant*. § | No. 6:25-CV-00310-LS |

## ORDER DISMISSING CASE

Today, the Court considered this case. The Court previously warned Plaintiff Elijah Kirkman Bey that he must pay the filing fee by August 5, 2025 or it would dismiss his case.[1] As Mr. Bey has failed to comply, the Court dismisses this case without prejudice under Fed. R. Civ. P. 41(b).

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 20, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 4.